UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                CASE NO. 8:10-CR-375-T-17AEP

STUART BRANDON WILLIAMS.

_____/

ORDER

This cause is before the Court on:

Dkt. 53      Motion to Resolve Pending Petition for Violation of Supervised Release

Defendant Stuart Brandon Williams, <u>pro</u> <u>se</u>, requests resolution of the pending Petition for Violation of Supervised Release (Dkt. 51). An arrest warrant for the alleged supervised release violation was issued on December 21, 2016. (Dkt. 52).

The records of the State of Florida indicate that Defendant Williams is in the custody of the State of Florida for crimes for which Defendant Williams was sentenced on August 29, 2017; Defendant Williams' current release date is 1/1/2020.

The records of the State of Florida indicate that the pending arrest warrant was filed as a detainer on March 27, 2018. (Exhibit 1).

Violation of a condition of supervised release is a separate offense from the offense for which Defendant Williams was charged in Polk County Case No. 1700001. The Court granted the Petition for issuance of the warrant, and Defendant Williams' alleged violation of a condition of supervised release has not been adjudicated. The Petition for Violation of Supervised Release filed

Case No. 8:10-CR-375-T-17AEP

on December 21, 2016 stopped the clock on Defendant Williams' federal sentence. When Defendant Williams is released from state custody, Defendant Williams will be brought into federal custody for a hearing on the Petition for Violation of Supervised Release.

After consideration, Defendant Williams' Motion to Resolve Pending Petition for Supervised Release is denied without prejudice. Accordingly, it is

**ORDERED** that pro se Defendant Stuart Brandon Williams' Motion to Resolve Pending Petition for Violation of Supervised Release (Dkt. 53) is **denied without prejudice.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 9th day of July, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record
United States Probation Office

Pro Se Defendant:

Stuart Brandon Williams
#H30189
Jackson Work Camp
5607 10th Street North
Hwy 71 North

Malone, FL    32445-9998